**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,      :    No. 254 MAL 2021

                    Respondent      :

                                :    Petition for Allowance of Appeal
                                :    from the Order of the Superior Court

                 v.                      :

                                :

SHAMYRE LEGETTE,                   :

                                :

                    Petitioner      :

## ORDER

**PER CURIAM**

       **AND NOW**, this 2nd day of September, 2022, the Petition for Allowance of Appeal is **DENIED**.

       The Application to Appear as Amici Curiae is denied as moot.